RECEIVED

NOV 1 5 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **REGENCY CONSTRUCTION, INC.** | **CIVIL ACTION NO. 02-1707** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **J. H. PARKER CONSTRUCTION CO., ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Regency's Motion for Summary Judgment [Doc. No. 96] is GRANTED. Swiss Reinsurance's Motions for Summary Judgment [Doc. No. 98 and Doc. No. 100] are DENIED.

IT IS FURTHER ORDERED that in accordance with Local Rule 54.2 and 54.3, the parties have 30 days after receiving notice of entry of judgment, but no later than December 16, 2005, to file any memorandum of costs or attorney fee schedule with the Court.

IT IS FURTHER ORDERED that consistent with the Court's previous Judgment [Doc. No. 90] signed January 18, 2005, the legal interest on the principal runs from the date of default on the contract by the Defendant.

MONROE, LOUISIANA this 15 day of November, 2005.

*signature*
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE