RECEIVED
IN MONROE, LA

MAR 2 7 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA




# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF REGENCY CONSTRUCTION, INC. | * CIVIL ACTION NO. 02-1707 |
| | * JUDGE JAMES |
| VERSUS | * MAGISTRATE JUDGE HAYES |
| J. H. PARKER CONSTRUCTION CO., INC., SWISS REINSURANCE AMERICA CORPORATION and OSMENT AND COMPANY | |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED that the defendant's motion to quantify judgment (Document No. 115) be **GRANTED.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED **that there be judgment in favor of Swiss Re, as cross-claimant and third-party plaintiff, against J. H. Parker Construction Co., Inc., defendant in cross-claim, and against John H. Parker and Susan T. Parker, third-party defendants, jointly and *in solido*, in the amount of $119.933.99, plus costs in the amount of $628.24 and attorneys' fees in the amount of $21,028.25, plus interest from date of judgment.**

THUS DONE AND SIGNED this 24 day of March, 2006, in Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION